UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| RIFLE RFB, LLC., ) | Case No. 25-17394-KHT |
| Tax ID/EIN: 92-1939700 ) | |
| ) | Chapter 11, Subchapter V |
| ) | |
| Debtor. ) | |

_____

**NOTICE OF ERRATA ON MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104 OR IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

Offen Petroleum, LLC ("Offen"), by and through its undersigned counsel Spencer Fane LLP, hereby files this Notice of Errata as follows:

1. On page 6 of its Motion for Appointment of Chapter 11 Trustee Pursuant To 11 U.S.C. § 1104 Or In The Alternative, To Convert Case To Chapter 7 Pursuant To 11 U.S.C. § 1112(b) ("Motion"), Offen misstated that the Corporate Resolution authorizing the filing of the second Rife RFB, LLC case ("Second Rifle Case") was executed by Valley Fuels, LLC as member, which is a non-existent entity. See Motion, pp.5-6.

2. More accurately, the Corporate Resolution in the Second Rifle Case was executed by Mr. Navkirat Singh ("Mr. Singh") as Member and Manager.

3. Later in the Motion, on page 8, Offen recited that Valley Fuels, LLC executed the Corporate Resolution authorizing the filing of the second Glenwood GFB LLC case ("Glenwood" and "Second Glenwood Case", respectively). That too was a misstatement, caused by the confusion created by the Debtors management, as clarified below.

    a. Per Docket No. 8 in the Second Glenwood Case, the name of the entity authorizing its case filing was purported to be made by "Valley Fuel, Inc." as member, and Mr.

Singh as Manager. Mr. Singh signed for both. However, the Colorado Secretary of State records reflect the owner of Valley Fuel, Inc. is not Mr. Singh but rather, a Ms. "Heather Hill". See <u>Exhibit G</u>, attached hereto.

b. Adding to the mix, the Corporate Ownership Statement in the First Glenwood Case represents that there is no corporate entity possessing an ownership interest in the Debtor which exceeded 10% (First Glenwood Case, Docket No. 3). However, that statement is belied by the Corporate Resolutions signed by Mr. Singh as the "manager" and "member" <u>of the non-existent entity Valley Fuel, LLC</u> in the First Glenwood Case (Docket No. 14) and as the "manager" and "member" of Valley Fuel, <u>Inc.</u> in the Second Glenwood Case (not as president and shareholder thereof) (Docket No. 8).

c. Also adding to the confusion was that, during the interim cash collateral hearing in the First Cases, Mr. Singh testified that Valley Fuel, <u>LLC</u>, in fact exists and was the member of Glenwood GFB, LLC. Mr. Singh also testified, however, that he had never signed an operating agreement for Valley Fuel, LLC, and had never seen an operating agreement for Valley Fuel, LLC. *See* Transcript attached as <u>Exhibit H</u>, at pp. 53:16-55:2, 55:14-56:23, 69:18-70:13.

d. Further, in the Second Glenwood Case the Debtor's Statement of Operations attached a Schedule C from Mr. Singh's 2024 personal tax return. Therein, he states under penalty of perjury that he, not Valley Fuel, Inc. owns Glenwood GFB, LLC (Docket No 36).

4. On pages 6 and 7 of the Motion, Offen references the term "RPSAs", which term is shorthand for "Retailer Product Sales Agreement", a copy of which was attached to Offen's Motion for Relief From Stay as Exhibit 5.

Dated: November 25, 2025     Respectfully submitted:

**SPENCER FANE LLP**

By: <u>/s/ David M. Miller</u>
David M. Miller, No. 17915
Jacob F. Hollars, #50352
1700 Lincoln St., Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
E-mail: dmiller@spencerfane.com
jhollars@spencerfane.com
***Attorneys for Offen Petroleum, LLC***

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on November 25, 2025, I electronically filed the foregoing with the United States Bankruptcy Court District of Colorado by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                            */s/ Jessica Kallweit*
                                            Jessica Kallweit, Legal Assistant